### Alfredo DELGADO v. STATE.
#### No. 27028.

Court of Criminal Appeals of Texas.

May 19, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for bigamy. The punishment assessed is confinement in the state penitentiary for a term of five years.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.